RECEIVED
JUN 2 5 2012
JAMES BONINI, CLERK
DAYTON, OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

TOM N. JERRY, AND ALL OTHERS
SIMILARLY SITUATED,
PLAINTIFF

**3 : 12 cv**

CASE NO. _____

V.

GERALD ARTHUR SANDUSKY A/K/A
JERRY SANDUSKY,
DEFENDANT

## PRELIMINARY INJUNCTION
## TEMPORARY RESTRAINING ORDER

PLAINTIFF FACES IMMINENT DANGER AND BODILY HARM FROM THE DEFENDANT JERRY SANDUSKY, THE WHOLE DAYTON OHIO COMMUNITY IS IN DANGER OF JERRY SANDUSKY. I SEEK A RESTRAINING ORDER FROM JERRY SANDUSKY EVER STEPPING IN DAYTON. WE DON'T WANT HIS KIND IN DAYTON! WE DEMAND PEACE IN THE CITY IN ACCORDANCE OF THE DAYTON ACCORDS 1995, " NO PERVERTS ALLOWED", WHICH PERTAINS TO THE BODY/ FLESH OF JERRY SANDUSKY. I SEEK A GPS MONITOR ON SANDUSKYS LEG, AND A GPS CHIP IN HIS BRAIN FOR BACKUP , SO THE COMMUNITY OF DAYTON KNOWS HIS WHEREABOUTS. I SEEK A RESTAINING ORDER AGAINST SANDUSKY ENTERING TOY'S R US, FROM WATCHING CARTOONS, FROM ANY DAYTON PHARMACIES SELLING SANDUSKY HAIR DYE, KIX CEREAL, BASEBALL CARDS. SANDUSKY IS A CHO-MO IN THE EYES OF PRISONERS ALSO. I SUPPORT THE GINO ROMANO MOVEMENT. UYD4L!

RESPECTFULLY,

*Tom Jerry 6-2*

TOM N. JERRY
7950 JONES BRANCH I
MCLEAN, VA 22108