AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

|  |  |
|---|---|
| Tom N. Jerry et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| Gerald Arthur Sandusky | ) |
| *Defendant* | ) |

Civil Action No.  3:12-cv-200

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Plaintiff take nothing and caption is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief
can be granted
                                                                                                                                          .

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Thomas M. Rose _____ on a motion for
Order for Report and Recommendations

Date:   07/16/2012

CLERK OF COURT

s/P. Butler
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western    DIVISION


_____        :
        Tom N. Jerry et al             :
        *Plaintiff*                    :
                                       :        Case Number:   3:12-cv-200
        vs                             :
                                       :
_____        :
        Gerald Arthur Sandusky         :
        *Defendant*                    :


NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____07/16/2012_____.

        If applicable to this case, the disposal date  will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.


JAMES BONINI, CLERK


By: _____s/P. Butler_____
        Deputy Clerk